IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| GERALD W. SCAFIDI, WHEEL-INN PARK & CAMPGROUNDS, INC., WHEEL-INN TRAILER PARK, INC., and SCAFIDI'S RESTAURANT, INC. | § § § § § § | PLAINTIFFS |
| v. | § | Case No. 1:14-mc-42-HSO-RHW |
| | § § | |
| JAMES B. PERSONS | § | DEFENDANT |

## FINAL JUDGMENT

The Court, after a full review and consideration of the pleadings on file and relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 13th day of February, 2014.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE